IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-104-GMS |
| | ) |
| JAMAIKA C. SNOW, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR ARREST WARRANT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Jamaika C. Snow, and in support thereof, submits the following:

1. On July 10, 2008, the defendant was indicted by a Grand Jury and charged with two counts of bank fraud in violation of 18 U.S.C. § 1344, one count of aggravated identity theft in violation of 18 U.S.C. § 1028A(1), and one count of access device fraud in violation of 18 U.S.C. § 1029(a)(2). *See* D.I. 1. Thereafter, this Court issued a summons sent to the defendant's last known address, directing that the defendant appear for an initial appearance today, July 31, 2008, at 1:00 pm.

2. The defendant did not appear before the Court for her initial appearance at today's scheduled hearing. The undersigned attorney also spoke with a U.S. Probation Officer, who said that she had earlier left a notice at the defendant's last known address, requesting that the defendant report to the Probation Office for an interview prior to the initial appearance today. According to the probation officer, the defendant did not report for that interview.

3. In light of the above-referenced facts, the government moves that this Court issue an arrest warrant for the defendant, so that federal agents can attempt to locate the defendant and bring her before this Court in an expeditious manner.

COLM F. CONNOLLY<br>
United States Attorney

BY: *Christopher A. Burke* (signature)
Christopher J. Burke
Assistant United States Attorney

Dated: July 31, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-104-GMS |
| | ) |
| JAMAIKA C. SNOW, | ) |
| | ) |
| Defendant. | ) |

AND NOW, this _____ day of _____, 2008, based upon the government's Motion for Arrest Warrant, and the facts contained therein, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Jamaika C. Snow.

_____
Honorable Leonard P. Stark
United States Magistrate Judge

3